[No. 26471-8-III.   Division Three.   September 30, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN RICHARD MOSEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-1-00210-6, Evan E. Sperline, J., entered August 28, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 26629-0-III.   Division Three.   September 30, 2008.]

*In the Matter of the Marriage of* JOHN MICHAEL CONAWAY, *Respondent*, and CARLA LEE CONAWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 06-3-03125-8, Philip W. Borst, J., entered December 10, 2007. *Reversed* and *remanded* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 26519-6-III.   Division Three.   October 2, 2008.]

STEVEN L. SHELDON, *Appellant*, v. YAKIMA COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 06-2-03239-9, Michael E. Schwab, J., entered September 18, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Sweeney and Brown, JJ.

[No. 26565-0-III.   Division Three.   October 2, 2008.]

RUTH GREEN, *Appellant*, v. WILLIAMS/PARKWOOD, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-02875-5, Salvatore F. Cozza, J., entered October 26, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Brown, J.